■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERNESTO RODRIGUEZ, Appellant.—Judgment unanimously affirmed, and counsel's application to withdraw granted, there being substantial compliance with People v Crawford (71 AD2d 38). (Appeal from judgment of Monroe Supreme Court—criminal sale controlled substance, third degree.) Present—Simons, J. P., Hancock, Jr., Schnepp, Doerr and Moule, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL AUBREY, Appellant.—Judgment unanimously affirmed, and counsel's application to withdraw granted, there being substantial compliance with People v Crawford (71 AD2d 38). (Appeal from judgment of Monroe Supreme Court —absconding from temporary release, first degree.) Present—Simons, J. P., Hancock, Jr., Schnepp, Doerr and Moule, JJ.